**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8149**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

LARRY BAKER,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Robert G. Doumar, Senior
District Judge.   (2:02-cr-00033-RGD-JEB-1)

Submitted:  February 19, 2009          Decided:  March 5, 2009

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Baker, Appellant Pro Se.   Joseph Evan DePadilla, Assistant
United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Baker appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Baker, No. 2:02-cr-00033-RGD-JEB-1 (E.D. Va. filed Sept. 17, 2008 & entered Sept. 19, 2008). We deny Baker's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED